# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| HAROLD RANDOLPH,<br>    Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC;<br>and TRANS UNION, LLC;<br>    Defendants. | CASE NO. 1:20-cv-00549-SEB-DML<br><br>Judge Sarah Evans Barker<br>Magistrate Judge Debra McVicker Lynch |

## ORDER OF DISMISSAL WITH PREJUDICE AS TO
## DEFENDANT TRANS UNION, LLC ONLY

Plaintiff Harold Randolph, by counsel, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation Of Dismissal With Prejudice Between Plaintiff And Defendant Trans Union, LLC Only, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Harold Randolph against Defendant Trans Union, LLC only are dismissed, with prejudice. Plaintiff Harold Randolph and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: 5/20/2020

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system